**No. P69/6.**—F. W. Myers & Co., Inc. *v.* United States, protest 66/45619 (Ogdensburg).

NEWMAN, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of wood flooring similar in all material respects to that the subject of *D. B. Frampton & Company* and *Dorf International, Inc.* v. *United States* (60 Cust. Ct. 4, C.D. 3243), the claim of the plaintiff was sustained.

**No. P69/7.**—Joe King and Eugenio Mireles *v.* United States, protests 59/9043 and 59/9042 (Laredo).

NEWMAN, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of so-called dedicated moldings, produced by a molding machine, similar in all material respects to those the subject of *Bailey-Mora Company, Inc.,* et al. v. *United States* (57 Cust. Ct. 99, C.D. 2737), the claim of the plaintiffs was sustained.